750 A.2d 88

IN THE MATTER OF HUGH J. BREYER,
AN ATTORNEY AT LAW.

May 15, 2000.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that **HUGH J. BREYER** of **LAWRENCE-VILLE**, who was admitted to the bar of this State in 1983, be disbarred for his conviction under *N.J.S.A.* 2C:20–9 (failure to make required disposition of property received);

And the Court having Ordered **HUGH J. BREYER** to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **HUGH J. BREYER** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to October 29, 1998, the date of

respondent's temporary suspension from practice pursuant to *Rule* 1:20–13(b); and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension and that he continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.